# UNITED STATES DISTRICT COURT

for the

District of South Dakota

| | |
|---|---|
| United States of America<br>*Plaintiff*<br>v.<br><br>*Defendant* | )<br>)<br>)<br>)    Case No.<br>)<br>) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* _____ ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint

☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

**WARRANT ISSUED:**
4:58 pm, Sep 05, 2018
MATTHEW W. THELEN, Clerk

By: _____
               Deputy Clerk

Name and title: 

City and state: _____

**Return**

    This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*