# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH DAKOTA
# SOUTHERN DIVISION

Veronica L. Duffy, United States Magistrate Judge, Presiding

| Courtroom Deputy - CLG<br>Courtroom - SF #3 | Court Reporter – FTR Ct #3<br>Date – 9/7/2018 |
|---|---|
| **CR. 18-40119** | |
| United States of America<br><br>Plaintiff,<br><br>vs.<br><br>Michael Bernard Goldberg,<br><br>Defendant. | Jennifer Mammenga<br><br><br><br><br><br>Jason Adams |

TIME HEARING SCHEDULED TO BEGIN: 3:00 p.m.

TIME:

3:00 p.m.   Enter initial appearance, arraignment and detention hearing on indictment before the Honorable Veronica L. Duffy, US Magistrate Judge, Sioux Falls, South Dakota.

Defendant advised of his rights.
Defendant questioned by the court.

Defendant has received a copy of the indictment. Reading of the charges held.
Defendant advised of maximum possible penalties he faces.

<u>Oral Order</u>: Based on defendant's financial affidavit, Jason Adams was appointed to represent him.

The court entered a not guilty plea to the indictment on behalf of the defendant.

Argument for release by attorney Adams. Argument for detention by attorney Mammenga. Comments by the court.

The court entered its Order Setting Condition of Release.
Defendant advised of possible penalties for a violation of the release order.

3:20 p.m.   Court in recess.