UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR18-40119 |
| Plaintiff, | STIPULATION AND ORDER |
| vs. | |
| MICHAEL BERNARD GOLDBERG, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by and between counsel for the above-named Defendant and counsel for the United States of America that the Court may enter the following Order concerning the handling and disposition of discovery materials turned over to the defense.

RONALD A. PARSONS, JR.
United States Attorney

9/18/18
Date

Jennifer D. Mammenga
Assistant United States Attorney
P.O. Box 2638
Sioux Falls, SD 57101-2638
Telephone: (605)357-2361
Facsimile: (605)330-4410
E-Mail: jennifer.mammenga@usdoj.gov

9-12-18
Date

Jason R. Adams
Attorney for Defendant

## O R D E R

Upon the foregoing Stipulation and for good cause shown,

IT IS HEREBY ORDERED that any discovery materials, including but not limited to statements and summaries of interviews of witnesses furnished by the prosecution to the defense, shall not be used by the defendant or his/her attorney for any other purpose other than in direct relationship to this case and no further disclosure should be made of these items. Without the Court's permission defense counsel shall not photocopy the materials or provide them to any third party except to make copies for use of defense counsel, an investigator, or expert witness. Any such copies shall be returned to defense counsel and destroyed at the completion of the case. Defense counsel shall otherwise keep the items furnished in his/her possession, and the materials shall not be given to the Defendant or anyone else without the Court's permission. Defense counsel may allow the Defendant to read the discovery materials but only in the presence of defense counsel, the defense investigator or a defense expert.

IT IS FURTHER ORDERED that said documents shall be immediately returned to attorneys for the United States of America upon final disposition of the case.

Dated: _____

BY THE COURT:

_____
VERONICA L. DUFFY
UNITED STATES MAGISTRATE JUDGE