UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR18-40119 |
| Plaintiff, | FACTUAL BASIS STATEMENT |
| vs. | |
| MICHAEL BERNARD GOLDBERG, | |
| Defendant. | |

The Defendant states that the following facts are true, and the parties agree that they establish a factual basis for the offense to which the Defendant is pleading guilty pursuant to Fed. R. Crim. P. 11(b)(3):

My name is Michael Bernard Goldberg.

Beginning on an unknown date and continuing until approximately September 2018, I, along with at least one other person, reached an agreement or came to an understanding to distribute 500 grams or more of a mixture or substance containing methamphetamine in the District of South Dakota.

I voluntarily and intentionally joined in the agreement or understanding to distribute methamphetamine.

At the time I joined in the agreement or understanding to distribute methamphetamine, I knew the purpose of the agreement or understanding.

While I was actively involved in furthering the purpose of the agreement or understanding, I could foresee that the quantity of methamphetamine

involved in the agreement or understanding exceeded 50 grams of methamphetamine.

I purchased over 500 grams of methamphetamine from co-conspirators to distribute in Sioux Falls, South Dakota. Based on conversations we had, my co-conspirators were aware that I intended to distribute some or all of the methamphetamine I obtained to my own drug customers in Sioux Falls.

The parties submit that the foregoing statement of facts is not intended to be a complete description of the offense or the Defendant's involvement in it. Instead, the statement is offered for the limited purpose of satisfying the requirements of Fed. R. Crim. P. 11(b)(3). The parties understand that additional information relevant to sentencing, including additional drug quantities, may be developed and attributed to the Defendant for sentencing purposes.

RONALD A. PARSONS, JR.
United States Attorney

7\10\19
Date

Jennifer D. Mammenga
Assistant United States Attorney
P.O. Box 2638
Sioux Falls, SD 57101-2638
Telephone: (605)357-2361
Facsimile: (605)330-4410
E-Mail: jennifer.mammenga@usdoj.gov

[2]

7-7-19
Date

Michael Bernard Goldberg
Defendant

7-9-19
Date

Jason R. Adams
Attorney for Defendant

[3]