**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH DAKOTA**
**SOUTHERN DIVISION**

Karen E. Schreier United States District Judge Presiding

| Courtroom Deputy - DJP | Court Reporter – Jill Connelly |
|---|---|
| Courtroom - SF #2 | Date – October 21, 2019 |
| U.S. Probation Officer - Roy C. Weber | |

4:18-CR-40119-01

| | |
|---|---|
| UNITED STATES OF AMERICA | Connie Larson (for Jennifer D. Mammenga) |
| Plaintiff, | |
| vs. | |
| MICHAEL BERNARD GOLDBERG | Jason R. Adams |
| Defendant. | |

TIME HEARING SCHEDULED TO BEGIN: 4:00 PM

TIME:

4:02 PM      Enter non-evidentiary sentencing hearing

                Defendant sentenced to 132 months' custody; five years' supervised release; $100 special assessment

4:23 PM      Court adjourned