United States of America
vs
Michael Bernard Goldberg

4:18-cr-40119-kes

Honorable Judge Schreier,

I am writing in response to the Governments response to my compassionate release. Your Honor, when you had denied my last motion you had stated about arrest during pretrial release and a previous felony conviction which were all dismissed; Doc 70-1 36, 39, 40. Since being incarcerated I have taken anger management and RDAP which has guided me in containing my past anger issues and also helped with my criminal thinking and behaviors. While taking these classes I have learned many tools to help me make rational decisions along with tools to help me be a productive prosocial member of society. Through this experience of being in prison it has taught me a very harsh lesson in which direction I want to take my life. As of Janurary 15, 2022, the B.O.P. has implemented the First Step Act credits which I am eligible for, and my recidivism is scored as Low due to all the programs I have completed to better myself while being incarcerated. I am eligible to recieve a full year of credits which would put me in the halfway house if they were to apply the credits.

Your Honor, I am not asking for a sentence reduction. I am asking for a modification of my sentence to home confinement for the remainder of my sentence after the credits have been applied. I would be living with Kelly and Amber Rear, at 5804 W. 57th St, Sioux Falls, SD; phone (605) 988-4330. I have job opportunities lined up with Underground Solutions and Valvoline Instant Oil Change. I also plan to setup active counseling sessions with Bartels counseling and Carrol Institute. I sincerely regret my actions that put me in the position that I am in today and with the strong support system I have in place through my church and family I have the help I need to stay focused and on the right path to be a productive member of society. In closing I want to sincerely thank you for your time in this matter and your consideration for the options that are available to me.

Sincerely,

Michael Goldberg

Michael Goldberg
NAME
17719273
REG. NO.

FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 1000
MILAN, MICHIGAN 48160

METROPLEX MI 480

5 MAY 2022  PM 15 L



⇔17719-273⇔
Karen Schreier
400 S Phillips AVE
Sioux Falls, SD 57104
United States

57104-684899

