Docket #: 4:18CR40119-1

United States of America
vs
Michael Bernard Goldberg

honorable Judge Schreier

Your honor My name is Michael Goldberg inmate # 17719273. About 3 weeks ago I wrote a response to the Government in regaurds to my 3582 motion for a sentence reduction to home confinement after the First step act credits had been applied. As of 5-3-22 the BOP had applied 365 Days to My sentence which in turn changed My projected release date to 3-30-23 and It also changed my Home detention eligibility date to 9-29-22. As of right now your honor I am awaiting a transfer to FPC Yankton. Due to the wait for this transfer It has put a hold on me being put in for halfway house. With all of this that has changed I hope that you will seriously consider My request that I'm refering to. I have leauned a haud lesson From My time in prison and look Fouaud to my life and all I want now is to be a productive member of society. Thank You for your time in this matter

Sincerly

Michael Goldberg
17719273

```
  MILIF  540*23  *         SENTENCE MONITORING           *      05-16-2022
  PAGE 001       *          COMPUTATION DATA             *      07:18:31
                             AS OF 05-16-2022

REGNO..: 17719-273 NAME: GOLDBERG, MICHAEL BERNARD


FBI NO............: 75570MC3            DATE OF BIRTH: 08-12-1983  AGE:  38
ARS1..............: MIL/A-DES
UNIT..............: G UNT DRUG           QUARTERS.....: G04-108U
DETAINERS.........: NO                   NOTIFICATIONS: NO

FSA ELIGIBILITY STATUS IS: ELIGIBLE

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
HOME DETENTION ELIGIBILITY DATE....: 09-29-2022

FINAL STATUTORY RELEASE FOR INMATE.: 03-29-2024 VIA GCT REL
         WITH APPLIED FSA CREDITS.: 365  DAYS
THE INMATE IS PROJECTED FOR RELEASE: 03-30-2023 VIA FSA REL


                 RELEASE AUDIT COMPLETED ON 05-03-2022 BY DSCC
---------------------CURRENT JUDGMENT/WARRANT NO: 010 ------------------------

COURT OF JURISDICTION............: SOUTH DAKOTA
DOCKET NUMBER....................: 4:18CR40119-1
JUDGE............................: SCHREIER
DATE SENTENCED/PROBATION IMPOSED: 10-21-2019
DATE COMMITTED...................: 01-13-2020
HOW COMMITTED....................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED................: NO

                 FELONY ASSESS   MISDMNR ASSESS   FINES          COSTS
NON-COMMITTED.:  $100.00         $00.00           $00.00         $00.00

RESTITUTION...: PROPERTY:  NO   SERVICES:  NO        AMOUNT:  $00.00

-------------------------CURRENT OBLIGATION NO: 010 -------------------------
OFFENSE CODE....:  391     21:846 SEC 841-851 ATTEMPT
OFF/CHG: 21:841(A)(1) & 846 CONSPIRACY TO DISTRIBUTE A CONTROLLED
         SUBSTANCE

 SENTENCE PROCEDURE..............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:   132 MONTHS
 TERM OF SUPERVISION.............:     5 YEARS
 NEW SENTENCE IMPOSED............:    66 MONTHS
 BASIS FOR CHANGE................: COURT ORDER MODIFYING SENTENCE




G0002         MORE PAGES TO FOLLOW . . .
```

```
MILIF   540*23  *           SENTENCE MONITORING           *   05-16-2022
PAGE 002         *           COMPUTATION DATA              *   07:18:31
                              AS OF 05-16-2022

REGNO..: 17719-273 NAME: GOLDBERG, MICHAEL BERNARD


 DATE OF OFFENSE................: 09-30-2018

-----------------------CURRENT COMPUTATION NO: 010 -------------------------

COMPUTATION 010 WAS LAST UPDATED ON 11-18-2020 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 12-09-2020 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010

DATE COMPUTATION BEGAN..........: 10-21-2019
TOTAL TERM IN EFFECT............:       66 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:        5 YEARS         6 MONTHS
EARLIEST DATE OF OFFENSE........: 09-30-2018

JAIL CREDIT.....................:   FROM DATE       THRU DATE
                                    09-07-2018      09-07-2018
                                    01-14-2019      01-16-2019
                                    07-26-2019      10-20-2019

TOTAL PRIOR CREDIT TIME.........: 91
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 296
TOTAL GCT EARNED................: 108
STATUTORY RELEASE DATE PROJECTED: 03-29-2024
ELDERLY OFFENDER TWO THIRDS DATE: 03-22-2023
EXPIRATION FULL TERM DATE.......: 01-19-2025
TIME SERVED.....................:        2 YEARS         9 MONTHS       25 DAYS
PERCENTAGE OF FULL TERM SERVED..:     51.2
PERCENT OF STATUTORY TERM SERVED:     60.1




G0002       MORE PAGES TO FOLLOW . . .
```

```
   MILIF  540*23 *        SENTENCE MONITORING          *     05-16-2022
PAGE 003 OF 003 *         COMPUTATION DATA             *     07:18:31
                           AS OF 05-16-2022

REGNO..: 17719-273 NAME: GOLDBERG, MICHAEL BERNARD


PROJECTED SATISFACTION DATE.....: 03-30-2023
PROJECTED SATISFACTION METHOD...: FSA REL
    WITH FSA CREDITS INCLUDED...: 365
```

S0055         NO PRIOR SENTENCE DATA EXISTS FOR THIS INMATE

Michael Goldberg
NAME
17719-273
REG. NO.

FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 1000
MILAN, MICHIGAN 48160

METROPLEX MI 480
17 MAY 2022 PM 15 L

⇔ 17719-273 ⇔
Karen Schreier
400 S Phillips AVE
Sioux Falls, SD 57104
United States

57104—664699

X-RAYED BY
SOUTH DAKOTA
DOC