UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
OFFICE OF THE CLERK
400 S PHILLIPS AVE RM 128
SIOUX FALLS SD 57104-6851

OFFICIAL BUSINESS

SIOUX FALLS SD 570

1 JUN 2022 PM 2 L

Hasler
06/01/2022
US POSTAGE

FIRST-CLASS MAIL
$00.53⁰



ZIP 57104
011D10624619

Return To Sender
Can Not Identify/NO #
Not At Institution
Unauthorized
No Package Authorization
Unauthorized Correspondence
Other

Michael Bernard Goldberg
17719273
MILAN
FEDERAL CORRECTIONAL INSTITUTION
Inmate Mail/Parcels
P.O. BOX 1000
MILAN, MI 48160

Return To Sender
Can Not Identify/NO #
Not At Institution
Unauthorized
No Package Authorization

NIXIE    482    DC 1         0006/10/22
        RETURN TO SENDER
    NOT DELIVERABLE AS ADDRESSED
          UNABLE TO FORWARD

UTF   BC: 57104685128     *2535-02998-01-37